**Samil IQAL, Plaintiff—Appellant,**

v.

**UNITED INSURANCE COMPANY OF AMERICA, Defendant—Appellee.**

**Samil Iqal, Plaintiff—Appellant,**

v.

**United Insurance Company of America, Defendant—Appellee.**

**No. 05–55624, 05–56647.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 5, 2006.

Filed June 26, 2006.

Carney R. Shegerian, Shegerian & Associates, Beverly Hills, CA, for Plaintiff–Appellant.

Marc Epstein, Gaims, Weil, West & Epstein, Los Angeles, CA, for Defendant–Appellee.

Before: REINHARDT, TROTT, and McKEOWN, Circuit Judges.

### MEMORANDUM *

We AFFIRM the district court's grant of summary judgment to United Insurance on the merits and its order granting Unit-

---

ed's motion to exclude evidence, for the reasons articulated by the district court in its order dated March 21, 2005.

We DISMISS Iqal's appeal as to the district court's award of attorney's fees to United. The parties have notified us that United has agreed to repay the award, and that Iqal has withdrawn his appeal as to attorney's fees.